# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| KELLY KAY DOWNS, | Civil No. 09-1640 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| JETHRO'S ENTERPRISES INC., | |
| Defendant. | |

_____

Ronald Latz**, RONALD S. LATZ, PA**, 1660 South Highway 100, Suite 500, St. Louis Park, MN 55416, for plaintiff.

Jeremy Sosna and Jody Ward-Rannow, **FORD & HARRISON LLP**, 225 South Sixth Street, Suite 3150, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on January 15, 2010 [Docket No. 7].

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE**, and on the merits without further cost to either party.

DATED: January 18, 2010
at Minneapolis, Minnesota.

                                                                             s/ John R. Tunheim
                                                                             JOHN R. TUNHEIM
                                                                     United States District Judge